**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 05-20944-Lenard/Torres

OMAR HOGBEN

    Plaintiff,

v.

WYNDHAM INTERNATIONAL, INC.,

    Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR SANCTIONS**

This matter comes before the Court, pursuant to the parties' consent to Magistrate jurisdiction for all pretrial matters, on Plaintiff's Motion for Sanctions [D.E.60]. The Court has carefully considered the motion, the response, and the record in this case.

The motion is based on the failure of Wyndham's insurance carrier to participate at mediation. Wyndham recognizes that the mediation was unsuccessful in part because no representative from its insurance carrier with authority to negotiate a settlement was present. As a result, Wyndham agrees to pay for half of Plaintiff's mediation cost.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Sanctions [D.E. 60] is **GRANTED IN PART AND DENIED IN PART**. Wyndham shall pay half of Plaintiff's mediation cost and a representative from its insurance carrier with authority to negotiate a settlement shall be present at the mediation scheduled for April

24, 2007.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th of April 2007.

/s Edwin G. Torres
EDWIN G. TORRES
United States Magistrate Judge

cc:
Honorable Joan A. Lenard
All counsel of record